# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  CATHY RENEE TALLEY

                                              Case No.: 09-42734-can-13

        **Debtor**                             **Chapter 13**

**NOTICE OF FILING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE AND THE CHAPTER 13 TRUSTEE'S REQUEST THAT THE COURT ENTER ORDERS CLOSING THE CASE, DISCHARGING THE CHAPTER 13 TRUSTEE, AND RELEASING HIM FROM LIABILITY ON HIS BOND AND GIVING PARTIES AN OPPORTUNITY TO OBJECT TO THE ENTRY OF SAID ORDERS**

    Richard V. Fink, Chapter 13 Standing Trustee, has filed a final report in this case and has requested that the Court enter a final order discharging him as trustee, discharging him from liability on his bond, and closing the estate of the above-named debtor(s).

    The Court will enter said order(s) shortly. This notice is to give parties an opportunity to file, in writing, any objections they may have to the Chapter 13 Trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. The Chapter 13 Trustee's Final Report and Account are on file with the Clerk of the Bankruptcy Court. Any objections should be filed within 30 days of the date this notice is filed with the Court.

    Further be advised that, if any ongoing post-petition payments are being paid pursuant to 11 U.S.C. 1322(b)(5) through the Trustee's office rather than the debtor paying them directly, those payments and the account upon which those payments are made, including any arrearage claims and any charges assessed by the creditor, will be deemed current as of the date the last ongoing payment was made by the Trustee's office in a completed case, unless the creditor timely objects to this notice.

Dated: July 14, 2014

                                                                              /s/ Richard V. Fink, Trustee
                                                                              Richard V. Fink, Trustee
                                                                              818 Grand Blvd., Ste. 800
                                                                              Kansas City, MO 64106-1901
                                                                              (816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

                                                                              /s/ Richard V. Fink, Trustee

JM /Notice - Final Report