**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cathy | Renee | Talley |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Missouri
(State)

Case number: 09-42734

*FILED DEC 7 2020 PAIGE WYMORE-WYNN, CLK U.S. BANKRUPTCY COURT WEST DISTRICT OF MISSOURI*

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $1,117.83 |
| Claimant's Name: | Spring Solutions, LLC Assignee to Cathy Renee Talley |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Spring Solutions, LLC<br>P.O. Box 334<br>Glen Burnie, MD 21060<br>springsolutionsllc@gmail.com<br>410.760.5841 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [ ] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [✔] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✔] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Missouri
400 E. 9th St., Rm. 5510
Kansas City, MO 64106

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/02/2020

Signature of Applicant: *Marquette Porter*

Marquette Porter, Managing Member of Spring Solutions, LLC
Printed Name of Applicant

Address: Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

Telephone: 410-760-5841

Email: springsolutionsllc@gmail.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

Telephone: _____

Email: _____

**6. Notarization**
STATE OF Maryland
COUNTY OF Anne Arundel

This Application for Unclaimed Funds, dated 12-2-2020 was subscribed and sworn to before me this 2nd day of December, 2020 by Marquette Porter who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public: *Michele Sell*

My commission expires: _____

[Notary Seal: MICHELE SELL, NOTARY PUBLIC, ANNE ARUNDEL COUNTY, MY COMMISSION EXPIRES MARCH 17, 2024]

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

Form 1340   Application for Payment of Unclaimed Funds   Page 2

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:   Cathy Renee Talley         *      Case No. 09-42734
                                    *
         Debtor                     *      Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __2nd__ day of __December__, 2020, a copy of the foregoing Application for Unclaimed Funds and supporting documents was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Attorney
Western District of Missouri
400 E. 9th Street, Room 5510
Kansas City, MO 64106

Date: 12/2/2020

_____
Marquette Porter, Managing Member
Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060