UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

In Re:   Cathy Renee Talley                    *          Case No.  09-42734-can13
                                               *
             Creditor                          *          Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ 18th _____ day of _December_, 2020, a copy of the
foregoing Order Granting the Application of Unclaimed Funds was served by first class mail,
postage, prepaid, by hand delivery, and/or electronic case filing system to:

**ECMC**
P.O. Box 75906
St. Paul, MN 55175

**PRA Receivables Management, LLC**
PO Box 41067
Norfolk, VA 23541

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, Fl 33131

**eCAST Settlement Corporation**
P.O. BOX 35480
Newark, NJ 07193-5480

Date: 12/18/2020

_Marquette Potter_
Marquette Porter, Managing Member
Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060
410.760.5841

| 110 | **Order of the Court**

The Application for Payment of Unclaimed Funds to Spring Solutions, LLC, Assignee to Cathy Renee Talley P.O. Box 334 Glen Burnie, MD 21060, in the amount of $1,117.83, pursuant to 28 U.S.C. Sec. 2042, is hereby GRANTED. The Clerk will disburse these funds no earlier than after the entry of the order. It is so ORDERED by /s/ *Cynthia A. Norton*

**The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law.**

File the Certificate of Service and relate it to the **epo** category.

*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

(Related document(s)108 Application for Payment of Unclaimed Funds) (Richardson, Kristina)

December 18, 2020

US Bankruptcy Court
Attn: Clerk of Court
400 E. 9th Street, Room 1510
Kanas City, MO 64106

      RE:    Cathy Renee Talley
              case no. 09-42734
              Unclaimed Funds

Dear Sir or Madam:

My name is Marquette Porter and the Managing Member of Spring Solutions, LLC. I am submitting to you a Certificate of Service for the  Order Granting my application for unclaimed Funds.
Please let me know if you need anything further and thank you for your assistance to this matter.

Regards,

Marquette Porter
(410)760-5841

Enclosures